


Physical Address:
Vehicle Services Section
1881 Pierce St
Lakewood, CO 80214

Mailing Address:
Vehicle Services Section
P.O. Box 173350
Denver, CO 80217-3350

January 11, 2023
Letter: L0093109224

# Vehicle Record Search

## Vehicle Information

| | | | |
|---|---|---|---|
| Plate: | DMBQ05 | Year: | 2020 |
| VIN: | 5XXGT4L33LG391974 | Make: | KIA MOTORS CORPORATION |
| Title: | 008164388 | Model: | OPTIMA |
| Title Status: | ACTIVE | Body: | SEDAN |
| Title Issue Date: | 30-Sep-2022 | Empty Weight: | 3230 |
| TAB: | DMBQ0523 | Fuel: | GASOLINE |
| Previous Title: | | Color: | |
| Previous Title State: | | Type: | PASSENGER CAR |
| Out of State Title: | | Purchase Date: | 27-Aug-2022 |
| Purged Date: | | Expire Date: | 30-Nov-2023 |
| Odometer: | 50101 | Taxable Value: | $19,881.50 |
| Odometer Code: | ACTUAL MILEAGE | Release of Liability: | |

## Owners

| Owner 1 | FRANCISCO KEANU BARRIENTES |
|---|---|

## Addresses

| | |
|---|---|
| Legal Address | 183 CALABRIA DR WINDSOR CO 80550-6005 |
| Mail Address | |
| Title Address | PO BOX 29002 PHOENIX AZ 85038-9002 |

## Lienholders

| Sequence | Name | Address | Maturity | Amount |
|---|---|---|---|---|
| 1 | CARVANA LLC | PO BOX 29002 PHOENIX AZ 85038-9002 | 28-Sep-2032 | $12,990.93 |

Per 42-1-207(5) C.R.S., any person who willfully and knowingly obtains, resells, transfers, or uses information in violation of law shall be liable to any injured party for treble damages, reasonable attorney fees, and costs. Per 24-72-204(7)(c)(III) C.R.S., the information contained in this document shall not be obtained, resold, transferred or the information used in any other manner prohibited by law.

**EXHIBIT A**