## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| *In re:* | ) | |
| | ) | |
| FRANCISCO KEANU BARRIENTES | ) | Case No. 22-14602-JGR |
| SSN:  XXX-XX-9777 | ) | Chapter 7 |
| AMBER McKINNAH BARRIENTES | ) | |
| | ) | |
| *Debtors.* | ) | Adv. Proc. No. 23-01009-JGR |
| _____ | ) | |
| | ) | |
| JOLI A. LOFSTEDT, Chapter 7 Trustee, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CARVANA, LLC, an Arizona Limited | ) | |
| Liability Company, | ) | |
| | ) | |
|     Defendant. | ) | |

## ORDER APPROVING STIPULATION BETWEEN CARVANA, LLC, AND TRUSTEE REGARDING AVOIDANCE AND RECOVERY OF LIEN

THIS MATTER comes before the Court upon the Stipulation and Motion between Bridgecrest Credit Company, LLC as Agent and Servicer for Carvana, LLC ("Carvana") and the Trustee Joli A. Lofstedt (collectively, the "Parties") regarding avoidance and recovery of lien. After reviewing the Stipulation and being fully advised in the premises, the Court makes and enters the following Orders:

1. The Stipulation and Motion filed by the Parties on February 7, 2023 (Docket No. __5__) is hereby APPROVED and ADOPTED as an Order of the Court;

2. Carvana's Lien on a 2020 Kia Optima, VIN No. 5XXGT4L33LG391974 (the "Vehicle") is AVOIDED pursuant to 11 U.S.C. § 547(b);

3. The Lien is preserved for the benefit of the bankruptcy estate pursuant to 11 U.S.C. § 551;

4.  Carvana shall deliver, within 21 days from the date of this Order, the Certificate of Title for the Vehicle by mailing it to Joli A. Lofstedt, Trustee, 566 McCaslin Blvd, Unit 270561, Louisville, CO 80227; and

5.  The State of Colorado Department of Revenue – Division of Motor Vehicle shall issue a Colorado Certificate of Title as directed by the Trustee to any successful purchaser of the Vehicle, upon proper application for the same.

SO ORDERED on this ___14 th day of February, 2023.

BY THE COURT:

_____

Joseph G. Rosania, Jr.
United States Bankruptcy Court Judge

2